No. 87-6050. WILLIAMS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87-6051. CHICCO v. MARS STORES, INC. C. A. 1st Cir. Certiorari denied.

No. 87-6052. BROWN v. WAGONER ET AL. C. A. 8th Cir. Certiorari denied.

No. 87-6055. WILLIAMS v. MARSHALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87-6057. MILLER v. MCWHERTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 87-6058. SPENCER v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. C. A. 7th Cir. Certiorari denied.

No. 87-6060. YOUNG v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87-6061. SCHMID v. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA ET AL. C. A. 8th Cir. Certiorari denied.

No. 87-6066. HARRISON v. BYRD, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-6068. DAUM v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 87-6069. MATTHEWS v. BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-6070. WATKINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87-6071. VELEZ v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-6072. MARTIN v. PENNSYLVANIA BOARD OF LAW EXAMINERS ET AL. C. A. 3d Cir. Certiorari denied.